IN THE SUPREME COURT OF THE STATE OF DELAWARE

CHERYL SOOHONG, §
§ No. 250, 2024
Appellant Below, §
Appellant, § Court Below—Superior Court
§ of the State of Delaware
v. §
§ C.A. No. N24A-06-004
RICHARD MATHEWSON, §
§
Appellee Below, Appellee. §

Submitted:  December 6, 2024
Decided:    January 31, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## <u>ORDER</u>

After careful consideration of the opening brief and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's order docketed July 2, 2024.  As the Court of Common Pleas and the Superior Court determined, this Court has previously held that the parties' dispute is within the Family Court's exclusive jurisdiction.  Soohong's continued attempts to litigate these matters in the Court of Common Pleas and the Superior Court constitute an abuse of the judicial process.  We warn the appellant that if she

continues to file frivolous litigation, she may be enjoined from filing future claims without leave of court.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice

---

[1] *See* 10 *Del. C.* § 8803(e) ("When a court finds that a litigant has abused the judicial process by filing frivolous or malicious litigation, the court may enjoin that litigant from filing future claims without leave of court.").